**No. 48244.**—Protests 24087–K, etc., of Arnhold & Co., Inc., et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, APRIL 30, 1943

**No. 48245.**—Petition 6361–R of Standard Fruit and Steamship Co. (New Orleans).

Opinion by TILSON, J. An examination of the record disclosed that in entering the merchandise there was no intent on the part of the petitioner to defraud the revenue of the United States or to conceal or misrepresent the facts. The petition was granted.